■ In the Matter of LORETTA M. BURKE et al., Respondents, v HENRY O'BRIEN, as Suffolk County District Attorney, et al., Appellants.—In a proceeding pursuant to CPLR article 78 inter alia to compel appellants to pay petitioners at certain rates per page of stenographic minutes which they are requested to type, the appeal is from so much of a judgment of the Supreme Court, Suffolk County, dated October 15, 1975, as directed appellants to pay petitioners for the transcription of Grand Jury testimony, in addition to the salaries heretofore paid them, 60¢ per typewritten page, such payments to be retroactive to January 1, 1975. Judgment affirmed insofar as appealed from, without costs or disbursements. Under the circumstances revealed in the record herein, petitioners were *de facto* additional Grand Jury stenographers (see Judiciary Law, § 328, subd 2) and, as such, were entitled, pursuant to section 327 of the Judiciary Law, to the folio rate provided by law for the copies of testimony which they furnished to the District Attorney. Hopkins, Acting P. J., Cohalan, Damiani, Christ and Titone, JJ., concur.

■ In the Matter of the DISTRICT ATTORNEY OF KINGS COUNTY, Respondent, v ANGELO GERBASIO et al., Appellants. —Appeals from four orders (one as to each appellant) of the Supreme Court, Kings County, all dated January 28, 1975, each of which, *inter alia,* directed an appellant to provide a handwriting exemplar to respondent. By an order dated July 11, 1975, this court affirmed those orders (48 AD2d 576). On February 26, 1976 the Court of Appeals dismissed the appeal taken to that court and remitted the case to this court, with directions to dismiss the appeals taken to this court *(Matter of District Attorney of Kings County v Angelo G.,* 38 NY2d 923). Accordingly, the appeals are dismissed, without costs or disbursements. Gulotta, P. J., Hopkins, Martuscello, Latham and Cohalan, JJ., concur.